**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DUWAYNE BAIRD,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL<br>CORPORATION et al.,<br><br>  Defendants. | Case No. 1:19-cv-979 (Original)<br>Case No. 3:19cv585 (Reassigned) |

**DEFENDANTS' MOTION FOR RECONSIDERATION,**
**OR, IN THE ALTERNATIVE, CORRECTION OF ORDER**

Defendants Capital One Financial Corporation, Capital One, N.A., and Capital One Bank (USA) (collectively, "Defendants") move this Court reconsider, or alternatively to correct, its Order granting Plaintiffs' Motion to Consolidate (Dkt. No. 6) (the "Order) directing the transfer of this action, as well as civil actions 1:19-cv-1008 (*Castro*) and 1:19-cv-1021 (*Barnes*), to the Richmond Division for consolidation with civil action 3:19-cv-555 (*Heath*).[1]  In support of this motion and similar motions filed in the other transferred actions, Defendants have submitted a memorandum of law in civil action 1:19-cv-1008 (*Castro*).

Respectfully submitted, this 14th day of August, 2019.

>   **CAPITAL ONE FINANCIAL CORPORATION**
>   **CAPITAL ONE, N.A.**
>   **CAPITAL ONE BANK (USA), N.A.**
>
>   */s/ Mary C. Zinsner*_____

---

[1] In order to preserve its position, Capital One files this motion in the original case number assigned to this matter and the new case number assigned pursuant to the Court's August 13, 2019 Order.

Mary C. Zinsner (VSB No. 31397)
TROUTMAN SANDERS LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
Telephone: (703) 734-4334
Facsimile: (703) 734-4340
mary.zinsner@troutman.com

Robert A. Angle (VSB No. 37691)
Jon S. Hubbard (VSB No. 71089)
Harrison Scott Kelly (VSB No. 80546)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
robert.angle@troutman.com
jon.hubbard@troutman.com
scott.kelly@troutman.com

David L. Balser (*pro hac vice forthcoming*)
S. Stewart Haskins II (*pro hac vice forthcoming*)
John C. Toro (*pro hac vice forthcoming*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
shaskins@kslaw.com
jtoro@kslaw.com

*Counsel for Capital One Defendants*

39741439

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of August 2019, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/ Mary C. Zinsner*
Mary C. Zinsner (VSB No. 31397)
TROUTMAN SANDERS LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004
Telephone: (703) 734-4334
Facsimile: (703) 734-4340
mary.zinsner@troutman.com

*Counsel for Capital One Defendants*

39741439